UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAUREN CUPP, et al.,

    Plaintiff(s),

v.    Case No. 4:23-CV-00071

CENTENE CORPORATION DBA CENTURION HEALTH,

    Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Good To Go Process Service__
(name and address of process server)

2123 N. Pearland Ave.

Pearland, TX 77581

To serve: __Centene Corporation DBA Centurion Health__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

01/24/2023                                      Richard J. (Rex) Burch
(date)                                          (attorney for Plaintiff)


                                                (attorney for Defendant)