UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| LAUREN CUPP, Individually and for Others Similarly Situated,<br><br>v.<br><br>MHM HEALTH PROFESSIONALS, LLC d/b/a CENTURION PROFESSIONALS | Case No. 4:23-cv-00071-SRC<br><br><br>FLSA Collective Action (29 U.S.C. § 216(b)) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Lauren Cupp, Individually and for Others Similarly Situated, and Defendant MHM Health Professionals, LLC d/b/a Centurion Professionals (together, the Parties), by and through their counsel of record, hereby notify the Court that the Parties have reached an agreement in principle to resolve the claims asserted in this action. The Parties anticipate being able to finalize all necessary terms and seek dismissal of this action with prejudice within 90 days. Accordingly, the Parties respectfully request all pending deadlines in this case be stayed by the Court for that period. Such a stay will not prejudice any party.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Michael A. Josephson*<br>**Michael A. Josephson**<br>Texas Bar No. 24014780<br>**Andrew W. Dunlap**<br>Texas Bar No. 24078444<br>**Olivia R. Beale**<br>Texas Bar No. 24122166<br>**Alyssa White**<br>Texas Bar No. 24073014<br>**JOSEPHSON DUNLAP LLP**<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77005<br>713-352-1100 – Telephone<br>713-352-3300 – Facsimile | By: */s/ Peter N. Hall*<br>**Peter N. Hall Bar #141376 (GA)**<br>**HOLLAND & KNIGHT LLP**<br>1180 West Peachtree Street, Suite 1800<br>Atlanta, Georgia 30309<br>Telephone: (404) 817-8412<br>Facsimile: (404) 817-8500<br>peter.hall@hklaw.com<br><br>**Flynne M. Dowdy Bar #035926 (TN)**<br>**Anya M. Martin #041202 (TN)**<br>**HOLLAND & KNIGHT LLP**<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Telephone: 615.244.6380 |

<div style="columns:2">

mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com
awhite@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

Flynne.Dowdy@hklaw.com
Anya.Martin@hklaw.com

**Antonia Moran #327445 (PA)**
**HOLLAND & KNIGHT LLP**
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: 215.252.9600
Toni.Moran@hklaw.com

**Anthony J. Durone #43872 (MO)**
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 627-0223
adurone@berkowitzoliver.com

**ATTORNEYS FOR DEFENDANT**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I served all Parties of record via ECF.

/s/ *Michael A. Josephson*
**Michael A. Josephson**